UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| KHALED AKHRAS<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY,<br><br>  Defendant. | CIVIL ACTION NO.<br><br>4:21-cv-00419-O<br><br>(JURY) |

## JOINT STATUS REPORT OF SETTLEMENT

The Parties in this Civil Action file this Joint Status Report.

1. The parties have settled this Civil Action and file this Joint Status Report informing the Court of the settlement. The parties will prepare the necessary settlement documents and request that the Court remove this Civil Action from the March 10, 2022 Trial Docket and give the parties at least 45 days to complete this settlement and file a Stipulation of Dismissal.

Respectfully submitted,

LISA CHASTAIN & ASSOCIATES

/s/ Olyn Poole
OLYN POOLE
State Bar No.: 24037292
8675 Freeport Parkway MS #37
Irving, Texas 75063
E-Service Only:  DallasLegal@allstate.com
(214) 659-4392
(877) 678-4763 (fax)

ATTORNEY FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY

BARTON LAW GROUP

/s/ Chris Schleiffer w/ permission OP

Chris Schleiffer
State Bar No. 24088362
1201 Shepard Drive
Houston, Texas 77007
(713) 227-4747
(713) 621-5900 – fax
chris@bartonlawgroup.com
eservice@bartonlawgroup.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing has been served in compliance with the Federal Rules of Civil Procedure on the 31st day of January, 2022, to:

Chris Schleiffer
1201 Shepard Drive
Houston, Texas 77007
(713) 227-4747
(713) 621-5900 – fax
chris@bartonlawgroup.com
eservice@bartonlawgroup.com

ATTORNEYS FOR PLAINTIFF


                                       /s/ Olyn Poole
                                       **OLYN POOLE**